UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                           CASE NO.   05-19342-BKC-AJC
JOAQUIN G. TORANO

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    171.76  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case.  Your  trustee
     has  made  a  good  faith effort to verify the correct  mailing
     address  for said debtor(s)/Creditor(s) and deliver the  funds
     before  presenting this notice.  More than sufficient time  has
     passed for these checks to be presented for  payment,  or  the
     creditor  has returned funds  indicating they refuse the funds.

(  ) The trustee has a balance of $      .00   remaining in her bank
     account  which  represents small dividends as defined  by  FRBP
     3010.

     Attached and made a part of this notice is a list,  pursuant
to FRBP 3011,  of  the  names,  Claim  numbers  and  addresses
of the debtor(s)/creditor(s) and the amounts  to  which  they  are
entitled.

     WHEREFORE,  your trustee hereby gives notice that  the above
stated  sum  has  been deposited with  the  Clerk  of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

Date:  _____ JUL 2 3 2010 _____          _____
                                             NANCY N. HERKERT
                                             CHAPTER 13 TRUSTEE

Copies to:

     JOAQUIN G. TORANO
     11025 SW 6 STREET
     MIAMI, FL 33174

     PATRICK L. CORDERO, ESQUIRE
     198 NW 37 AVENUE
     MIAMI FL 33125

JOAQUIN G. TORANO                ---------$    171.76

11025 SW 6 STREET
MIAMI, FL 33174


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130